PROB 12C
(6/16)

Report Date: June 3, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓, Mead, Washington 99021 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 12, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | | |
| Original Sentence: | Prison - 114 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | April 14, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | April 13, 2027 |

### PETITIONING THE COURT

To issue a summons.

On April 18, 2022, Daniel Hunka reported to the United States Probation Office for the purpose of completing a supervision intake.  The conditions of his supervised release were reviewed with him and he signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: It is alleged that Daniel Hunka violated the terms of his supervised release by possession a controlled substance, methamphetamine, on or about May 24, 2022.<br><br>On May 24, 2022, at approximately 9:05 a.m.,  Kalispel Tribal  Police officers responded to Northern Quest Casino on a report of a large amount of narcotics being dropped by a guest and later recovered by security.  The narcotics in question were later identified as 50 "mexi-pills" and a small amount of methamphetamine.<br><br>Mr. Hunka was not observed as the individual who had dropped the narcotics.  However, he was seen walking away from the suspect vehicle and observed to have done, what appeared to be, a "handoff" with the people in the suspect vehicle.<br><br>Mr. Hunka was contacted and gave consent to search his vehicle.  Among the items located was a black backpack between the front seats. |

Prob12C
Re: Hunka, Daniel Joshua
June 3, 2022
Page 2

        Inside the backpack were syringes, feminine beauty products, male hygiene products, paperwork belonging to Mr. Hunka and approximately .3 grams of methamphetamine. Mr. Hunka denied ownership of the methamphetamine. He claimed he was a victim of theft and indicated the drugs were planted in his vehicle.

        Mr. Hunka was not charged, due to the small quantity of methamphetamine located being considered a user amount.

2        **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Mr. Hunka violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 24, 2022.

        On May 24, 2022, Mr. Hunka reported to the U.S. Probation Office to address matters surrounding law enforcement contact described in violation number 1. He submitted to a urinalysis test, which was presumptive positive for methamphetamine. Mr. Hunka indicated he had probably been drugged. The urine sample was sent to the laboratory for additional testing and was confirmed as having a positive presence for methamphetamine.

        On May 27, 2022, Mr. Hunka reported to the U.S. Probation Office. He submitted a urine sample for testing, which tested presumptive positive for methamphetamine. He maintained that he was likely drugged and denied use. The urine sample was sent to the laboratory for additional testing, and was confirmed as having a positive presence for methamphetamine.

3        **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: It is alleged that Mr. Hunka violated the terms of his supervised release by consuming alcohol, on or about May 23, 2022.

        On May 24, 2022, Mr. Hunka reported to the U.S. Probation Office to address matters surrounding law enforcement contact described in violation number 1. He submitted to a urinalysis test, which was presumptive positive for methamphetamine. Mr. Hunka denied use of methamphetamine, but admitted he had taken a couple shots of alcohol on May 23, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/03/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Hunka, Daniel Joshua**
**June 3, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_6/3/2022_
Date