PROB 12C
(6/16)

Report Date: September 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 01, 2022**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: ███████████  Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 12, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 114 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | April 14, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | April 13, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2022.

On April 18, 2022, Daniel Hunka reported to the United States Probation Office for the purpose of completing a supervision intake.  The conditions of his supervised release were reviewed with him and he signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Mr. Hunka violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 29, 2022. |
| | On August 31, 2022, Mr. Hunka reported to the U.S. Probation Office for the purposes of submitting to a urinalysis. The sample tested presumptive positive for methamphetamine. He then signed a drug use admission form admitting to using methamphetamine on or about August 29, 2022. |
| | Mr. Hunka's drug use was discussed with him.  He advised that he had a conflict with his |

Prob12C
Re: Hunka, Daniel Joshua
September 1, 2022
Page 2

girlfriend. While he was outside, he observed someone he be believed to be a "tweaker" and acquired methamphetamine from the individual and ultimately chose to consume the substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/01/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

09/01/2022
Date