PROB 12C
(6/16)

Report Date: September 8, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2022**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99208 | |
| Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 12, 2015 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| Original Sentence: Prison - 114 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Stephanie Van Marter | Date Supervision Commenced: April 14, 2022 |
| Defense Attorney:  John Barto McEntire, IV | Date Supervision Expires: April 13, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2022 and 9/1/2022.

On April 18, 2022, Daniel Hunka reported to the United States Probation Office for the purpose of completing a supervision intake.  The conditions of his supervised release were reviewed with him and he signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**:  It is alleged that Daniel Hunka violated the terms of his supervised release by consuming alcohol, on or about August 30, 2022.<br><br>On September 7, 2022, Daniel Hunka informed the undersigned that he had been consuming alcohol the same evening he had been consuming methamphetamine, on August 29, and morning of August 30, 2022.<br><br>In addition, on September 1, 2022, Mr. Hunka submitted to a urinalysis with his new treatment provider, Riverside Recovery.  The lab report confirmed a positive presence for alcohol and  methamphetamine. |

Prob12C
Re: Hunka, Daniel Joshua
September 8, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/08/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

09/09/2022
Date