PROB 12C
(6/16)

Report Date: September 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 12, 2015 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 846(a)(1), (b)(1)(c)and 846 |
| Original Sentence: Prison - 114 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: April 14, 2022 |
| Defense Attorney: John Barto McEntire, IV | Date Supervision Expires: April 13, 2027 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2022, 9/1/2022, 9/8/2022 and 9/16/2022.

On April 18, 2022, Daniel Hunka reported to the U.S. Probation Office for the purpose of completing a supervision intake. The conditions of his supervised release were reviewed with him and he signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Hunka violated the term of his supervised release by consuming a controlled substance, methamphetamine and amphetamine, on or about September 21, 2022. |
| | On September 21, 2022, following an initial appearance, Mr. Hunka was directed to report to the United States Probation Office for the purpose of submitting to a urinalysis. The sample tested presumptive positive for methamphetamine and amphetamine. Mr. Hunka denied use and the sample was sent to the lab for additional testing. |

Prob12C  
Re: Hunka, Daniel Joshua  
September 30, 2022  
Page 2

A lab report has been received and noted a positive presence for both methamphetamine and amphetamine.

It should also be noted that on September 21, 2022, Mr. Hunka appeared anxious and nervous. He had made multiple statements both before and after the hearing that he needed to leave soon in order to be to work on time.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/30/2022

s/Melissa Hanson

Melissa Hanson  
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/30/2022  
Date