PROB 12C
(6/16)

Report Date: March 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: Spokane County Jail | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 12, 2015 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: Prison - 114 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: April 14, 2022 |
| Defense Attorney: Brooke Diane Hagara | Date Supervision Expires: April 13, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/3/2022, 9/1/2022, 9/8/2022, 9/16/2022, 9/30/2022 and 10/18/2022.

On April 18, 2022, Daniel Hunka reported to the U.S. Probation Office for the purpose of completing a supervision intake. The conditions of his supervised release were reviewed with him and Mr. Hunka signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Daniel Hunka allegedly violated the terms of his supervised release by being charged in the Eastern District of Washington with Possession with the Intent to Distribute 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C § 2.<br><br>On October 4, 2022, the United States Marshals Service (USMS) executed a warrant for Mr. Hunka's arrest. This warrant was issued on September 30, 2022, in response to another alleged violation of supervised release.<br><br>Surveillance was conducted at Mr. Hunka's residence. Eventually he was observed running out of his apartment slider door and jumping into a vehicle. The USMS was able to pull the vehicle over and arrest Mr. Hunka, who was reported to have attempted to flee the area.<br><br>During the search, the USMS located numerous pills, suspected to be "mexi-pills," which are known to contain a mixture of Fentanyl and methamphetamine. On Mr. Hunka's person, |

Prob12C  
**Re: Hunka, Daniel Joshua**  
**March 23, 2023**  
**Page 2**

the USMS seized a bag of suspected mexi-pills that were located in his underwear. In addition, a bag was found that contained more suspected mexi-pills, to include several that appeared to be made to look like candy. The bag contained various prescriptions, some of which had Mr. Hunka's name on them. There were baggies and a scale, all commonly used for drug distribution. There were pre-loaded syringes, with suspected testosterone and steroids. In addition, it should be noted, that a BB gun was also located in the bag. This BB gun looked like a real hand gun.

The Drug Enforcement Administration (DEA) responded to the scene and took possession of the suspected drugs. Mr. Hunka was booked into the Spokane County Jail on the USMS warrant.

On November 1, 2022, an indictment was filed in the Eastern District of Washington, case 2:22CR155-WFN-1, charging Mr. Hunka with Possession with the Intent to Distribute 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C § 2.

If he is found to have one qualifying serious drug felony offense, he faces not less than a 10-year term of imprisonment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/23/2023

s/Melissa Hanson

Melissa Hanson  
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

3/24/2023  
Date