PROB 12C
(6/16)

Report Date: October 27, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Joshua Hunka | Case Number: 0980 2:13CR00008-WFN-62 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 12, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 114 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 14, 2022 |
| Defense Attorney: | Brooke Diane Hagara | Date Supervision Expires: April 13, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2022, 9/1/2022, 9/8/2022, 9/16/2022, 9/30/2022, 10/18/2022, and 3/23/23.

On April 18, 2022, Daniel Hunka reported to the U.S. Probation Office for the purpose of completing a supervision intake. The conditions of his supervised release were reviewed with him and Mr. Hunka signed a copy of his judgment indicating an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Daniel Hunka violated the terms of his supervised release by being in possession of a controlled substance, Suboxone, on or about October 24, 2023. |
| | Mr. Hunka was previously arrested on October 4, 2022.  He has remained in custody at the Spokane County Jail pending his supervised release revocation hearing as well as sentencing for case number 2:22CR00155-WFN-1. |

Prob12C
Re: Hunka, Daniel Joshua
October 27, 2023
Page 2

On October 24, 2023, correctional officers at the Spokane County Jail advised they located suspected controlled substances during a search. As a result, the Spokane County Sheriffs Office was contacted and responded to the jail. Correctional officers explained that a black balloon was located in Mr. Hunka's mouth. A Spokane County sheriff's deputy took possession of the black balloon, which was tightly packed and tied in a knot at the top. The deputy opened the balloon and found 5-6 indistinguishable orange pills, small baggies of blue powder, small baggies of white powder, and a brown colored paper strip in a small baggie.

Mr. Hunka ultimately stated the balloon contained Suboxone. He indicated he received the balloon form a cellmate and would not provide further information unless the deputy could guarantee that he be returned to general population.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/27/2023
Date